**Dorothy T. SCHIBIK, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 02–3174.

United States Court of Appeals, Federal Circuit.

June 2, 2003.

Before RADER, SCHALL, and PROST, Circuit Judge.

SCHALL, Circuit Judge.

*ORDER*

The Merit Systems Protection Board moves to remand this case for further consideration in view of this court's recent decision in *McCormick v. Department of the Air Force*, 307 F.3d 1339 (Fed.Cir.

2002). The Board states that Dorothy T. Schibik does not oppose.

We note that the Department of the Air Force's petition for en banc review in *McCormick* was recently denied.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted, the Board's decision is vacated, and the case is remanded for further consideration in view of *McCormick.*